**EXHIBIT A**



May 14, 2008

Dear Lilia Benenson:

Re: Offer of Employment

We are pleased to advise that upon careful consideration, TEFL Institute has chosen to extend an offer of employment to you for the position as an instructor for our TEFL Professional courses. This is a contractor position. You will be issued a pay stub with no taxes removed.

TEFL Professional Course Pay

Your rate of pay will be the equivalent of $30.00 per hour for a total pay of $1500 for each TEFL Professional Course you complete. The TEFL Professional course is expected to take about 60 days to complete. You are expected to coach, advise, and facilitate class sessions, grading, and discussion groups on a daily to weekly basis.

If you do not complete your class teaching assignment for any reason you will be paid $250.00 because TEFL Institute must find a new teacher to pay you. Often that means we must pay a higher rate to bring them into the course. As such TEFL Institute will only be able to pay you $250 if you do not complete your course for any reason or for any length of time.

If you do not teach longer than 10 days in the course for any reason, TEFL Institute will pay $0.00.

Pay is issued at the end of the class. To receive your pay you must provide TEFL Institute with grades for all student assignments, course reflection summary, and a timecard of your teaching time with dates and hours properly noted. Upon receipt your pay will be issued within 14 business days, unless you are notified otherwise by TEFL Institute.

Earning Sales Commissions

If you refer a student to the TEFL Institute and they register for any TEFL Institute course, you will be paid 5% commission on the actual price paid by the student for the course. Commissions are paid 30 days after processing or on the 15th of the month.



## Employment Agreement

THIS EMPLOYMENT AGREEMENT dated this 3rd day of March 2008

### BETWEEN:

The TEFL Institute, 1906 W. Irving Park Road, Chicago, IL 60613
(the "Employer")
OF THE FIRST PART

- AND -

Lilia Benenson of Chicago, Illinois
(the "Employee")
OF THE SECOND PART

**BACKGROUND:**

A. The Employer is duly incorporated, organized and existing under the laws of the State of Illinois.

B. The Employer is of the opinion that the Employee has the necessary qualifications, experience and abilities to assist and benefit the Employer in its business.

C. The Employer desires to employ the Employee and the Employee has agreed to accept and enter such employment upon the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the parties to this Agreement agree as follows:

### Commencement Date and Term

1. The Employee will commence employment with the Employer on May 26, 2008 (the 'Commencement Date').

2. The Employee's schedule of employment will be as follows:
Contractor to teach TEFL Professional classes with TEFL Institute

3. The Employee must prepare a lesson plan prior to commencement of any and each course taught on behalf of TEFL Institute.

4. The lesson plan is due at least seven (7) days prior to the commencement of the course.



14. The Employer will reimburse the Employee for all necessary expenses incurred by the Employee while traveling pursuant to the Employer's directions.

15. The Employer agrees to permit a reasonable degree of flexibility in work hours. In cases where extra time is worked in a day or a week, the employee waives any right to overtime pay or to equivalent time off in place of overtime pay.

### Employee Benefits

16. The Employee will be entitled to only those additional benefits that are currently in place for the Employer's employees.

17. All benefits provided by the Employer are in the Employer's sole discretion and are subject to change, without compensation, upon the Employer providing the Employee with 30 days written notice of such change to the benefits.

18. The Employee is not compensated for any vacation, sick, or personal days.

### Avoiding Conflict of Opportunities

19. It is understood and agreed that any business opportunity relating to or similar to the Employer's current or anticipated business opportunities (with the exception of personal investments in less than 5% of the equity of a business, investments in established family businesses, real estate, or investments in stocks and bonds traded on public stock exchanges) coming to the attention of the Employee during the Employee's employment is an opportunity belonging to the Employer. Therefore, the Employee will advise the Employer of the opportunity and cannot pursue the opportunity, directly or indirectly, without the written consent of the Employer.

20. Without the written consent of the Employer, the Employee further agrees not to:
    a. solely or jointly with others undertake or join any planning for or organization of any business activity competitive with the current or anticipated business activities of the Employer; and
    b. directly or indirectly, engage or participate in any other business activities that the Employer, in its reasonable discretion, determines to be in conflict with the best interests of the Employer.

### Inability to Contract for Employer

21. In spite of anything contained in this Agreement to the contrary, the Employee will not have the right to make any contracts or commitments for or on the behalf of the Employer without first obtaining the express written consent of the Employer.



b. 'Work Product' means work product resulting from or related to work or projects performed or to be performed for the Employer or for clients of the Employer, of any type or form in any stage of actual or anticipated research and development;

c. 'Computer Software' which means computer software resulting from or related to work or projects performed or to be performed for the Employer or for clients of the Employer, of any type or form in any stage of actual or anticipated research and development, including but not limited to programs and program modules, routines and subroutines, processes, algorithms, design concepts, design specifications (design notes, annotations, documentation, flowcharts, coding sheets, and the like), source code, object code and load modules, programming, program patches and system designs;

d. 'Other Proprietary Data' means information relating to the Employer's proprietary rights prior to any public disclosure of such information, including but not limited to the nature of the proprietary rights, production data, technical and engineering data, test data and test results, the status and details of research and development of products and services, and information regarding acquiring, protecting, enforcing and licensing proprietary rights (including patents, copyrights and trade secrets);

e. 'Business Operations' means internal personnel and financial information, vendor names and other vendor information (including vendor characteristics, services and agreements), purchasing and internal cost information, internal services and operational manuals, and the manner and methods of conducting the Employer's business;

f. 'Marketing and Development Operations' means marketing and development plans, price and cost data, price and fee amounts, pricing and billing policies, quoting procedures, marketing techniques and methods of obtaining business, forecasts and forecast assumptions and volumes, and future plans and potential strategies of the Employer which have been or are being discussed; and

g. 'Customers' means names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by clients of the Employer.

### Confidential Obligations

25. The Employee agrees that a material term of the Employee's contract with the Employer is to keep all Confidential Information absolutely confidential and protect its release from the public. The Employee agrees not to divulge, reveal, report or use, for any purpose, any of the Confidential Information which the Employee has obtained or which was disclosed to the Employee by the Employer as a result of the Employee's employment by the Employer. The Employee agrees that if there is any question as to such disclosure then the Employee will seek out senior management of the Employer prior to making any disclosure of the Employer's information that may be covered by this Agreement.

26. The obligations to ensure and protect the confidentiality of the Confidential Information imposed on the Employee in this Agreement and any obligations to provide notice under this



### Return of Confidential Information

32. The Employee agrees that, upon request of the Employer or upon termination or expiration, as the case may be, of employment, the Employee will turn over to the Employer all documents, disks or other computer media, or other material in the possession or control of the Employee that:
    a. may contain or be derived from ideas, concepts, creations, or trade secrets and other proprietary and Confidential Information as defined in this Agreement; or
    b. connected with or derived from the Employee's services to the Employer.

### Non-Solicitation

33. Any attempt on the part of the Employee to induce others to leave the Employer's employ, or any effort by the Employee to interfere with the Employer's relationship with its other employees and contractors would be harmful and damaging to the Employer. The Employee agrees that during the term of her employment with the Employer and for a period of one (1) year after the end of that term, the Employee will not in any way, directly or indirectly:
    a. induce or attempt to induce any employee or contractor of the Employer to quit employment or retainer with the Employer;
    b. otherwise interfere with or disrupt the Employer's relationship with its employees and contractors;
    c. discuss employment opportunities or provide information about competitive employment to any of the Employer's employees or contractors; or
    d. solicit, entice, or hire away any employee or contractor of the Employer.

This obligation will be limited to those that were employees or contractors of the Employer when the Employee was employed by the Employer.

### Termination Due to Discontinuance of Business

34. In spite of anything contained in this Agreement to the contrary, in the event that the Employer will discontinue operating its business at the location where the Employee is employed, then, at the Employer's sole option, this Agreement will terminate as of the last day of the month in which the Employer ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

### Termination For Disability

35. In spite of anything contained in this Agreement to the contrary, the Employer has the sole option to terminate this Agreement in the event that the Employee, during the term of this Agreement, becomes Permanently Disabled, as defined in this Agreement. Such option will be exercised by the Employer giving notice to the Employee by personally delivering to the Employee or by registered mail addressed to the Employee of the Employer's intention to terminate this Agreement on the last day of the month during which such notice is mailed. On the giving of such notice, this Agreement will cease on the last day of the month in which the



### Remedies

42. The Employee agrees and acknowledges that the Confidential Information is of a proprietary and confidential nature and that any disclosure of the Confidential Information to a third party in breach of this Agreement cannot be reasonably or adequately compensated for in money damages, would cause irreparable injury to Employer, would gravely affect the effective and successful conduct of the Employer's business and goodwill, and would be a material breach of this Agreement.

43. In the event of a breach or threatened breach by the Employee of any of the provisions of this Agreement, the Employee agrees that the Employer is entitled to, in addition to and not in limitation of any other rights and remedies available to the Employer at law or in equity, to a permanent injunction in order to prevent or restrain any such breach by the Employee or by the Employee's partners, agents, representatives, servants, employees, and/or any and all persons directly or indirectly acting for or with the Employee.

44. The Employee agrees to co-operate with the Employer following termination by providing documentation and other information to permit the Employer to evaluate whether the Employee is honoring her post-employment obligations set out in this Agreement.

### Severability

45. Employer and Employee acknowledge that this Agreement is reasonable, valid and enforceable. However, if a court of competent jurisdiction finds any of the provisions of this Agreement to be too broad to be enforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable, bearing in mind that it is the Employee's intention to give the Employer the broadest possible protection against disclosure of the Confidential Information and against the Employee soliciting the Employer's employees and contractors.

46. In the event that any of the provisions of this Agreement will be held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Agreement and the remaining provisions had been executed by both parties subsequent to the expungement of the invalid provision.

### Notices

47. If Employee loses or makes unauthorized disclosure of any of the Confidential Information, the Employee will immediately notify the Employer and take all reasonable steps necessary to retrieve the lost or improperly disclosed Confidential Information.

48. All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and either served personally or sent by facsimile or e-



that it was agreed at that time that a new employment agreement would be entered into in consideration of the compensation increase.

58. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or written. As of the effective date of this Agreement, this Agreement supersedes all other agreements between the parties. The parties to this Agreement stipulate that neither of them has made any representations with respect to the subject matter of this Agreement except such representations as are specifically set forth in this Agreement. Each of the parties acknowledges that it has relied on its own judgment in entering into this Agreement.

**IN WITNESS WHEREOF** The TEFL Institute has duly affixed its signature by a duly authorized officer under seal and Tim Dreis has duly signed under hand.

Witness:

The TEFL Institute
per: _____ (SEAL)

_____
Instructor Name