**EXHIBIT D**



## Employment Agreement

**THIS AGREEMENT FOR SERVICES dated this 18th day of February 2009**

**BETWEEN:**

The TEFL Institute, 1906 W. Irving Park Road, Chicago, IL 60613
(TEFL Institute)
OF THE FIRST PART

- AND -

Hayley Kimbrue of Chicago, Illinois
(the "Contractor")
OF THE SECOND PART

**BACKGROUND:**

A. TEFL Institute is duly incorporated, organized and existing under the laws of the State of Illinois.

B. TEFL Institute is of the opinion that the Contractor has the necessary qualifications, experience and abilities to assist and benefit TEFL Institute in its business.

C. TEFL Institute desires to utilize the Contractor and the Contractor has agreed to accept and enter such service upon the terms and conditions set out in this Agreement.

**IN CONSIDERATION OF** the matters described above and of the mutual benefits and obligations set forth in this Agreement, the parties to this Agreement agree as follows:

### Commencement Date and Term

1. The Contractor will commence services to TEFL Institute on Wednesday, February 17, 2009 (the 'Commencement Date').

2. The Contractor's schedule of services will be as follows:
   To teach TEFL Basic (online) students as they become available.

3. The Contractor must complete, grade, and offer feedback to each student within 48 hours of the assignment posting on the Blackboard course section.

4. The Contractor agrees to respond to all email or other message requests from their students within 48 hours of initial contact.



### Position and Duties

5. TEFL Institute agrees to utilize the services of the Contractor as an Instructor for TEFL Institute set out in this Agreement. The Contractor agrees to be subject to the general supervision of and act pursuant to the orders, advice and direction of TEFL Institute.

6. The Contractor will perform any and all duties now and later assigned to the Contractor by TEFL Institute. The Contractor will also perform such other duties as are customarily performed by one holding such a position in other, same or similar businesses or enterprises as that engaged in by TEFL Institute.

7. The Contractor agrees to abide by TEFL Institute's rules, regulations, and practices, including those concerning work schedules, vacation and sick leave, as they may from time to time be adopted or modified.

### Employee Compensation

8. For the services rendered by the Contractor as required by this Agreement, TEFL Institute pay to the Contractor the total pay rate of $24.00 per hour for TEFL Basic (online) course taught. The Contractor understands that TEFL Institute may change the terms of pay from time to time to meet the business needs. This compensation will be paid in accordance with TEFL Institute's policy while this Agreement is in force. TEFL Institute is entitled to deduct from the Contractor's compensation any applicable deductions and remittances as required by law.

9. If you do not respond to any student posting within 48 hours of their initial posting, TEFL Institute will deduct $2.00 from your hourly pay for that pay period.

10. You must be current in grading and posting (online courses only) to receive payment if you leave for your class end date.

11. All pay is issued on the 15th or last day of the month. Payments are made by direct deposit. Generally, it takes 2 to 3 business days for a payment to show up in your account. Your manager will notify of your payment date by email or telephone call.

12. The Contractor understands that the Contractor's compensation as provided in this Agreement will constitute the full and exclusive monetary consideration and compensation for all services performed by the Contractor and for the performance of all the Contractor's promises and obligations in this Agreement.

13. The Contractor understands and agrees that any additional compensation to the Contractor (whether a bonus or other form of additional compensation) will rest in the sole discretion of TEFL Institute and that the Contractor will not earn or accrue any right to additional compensation by reason of the Contractor's employment.



14. TEFL Institute agrees to permit a reasonable degree of flexibility in work hours. In cases where extra time is worked in a day or a week, the Contractor waives any right to overtime pay or to equivalent time off in place of overtime pay.

### Contractor Benefits

15. The Contractor is not compensated for any vacation, sick, or personal days.

### Avoiding Conflict of Opportunities

16. It is understood and agreed that any business opportunity relating to or similar to TEFL Institute's current or anticipated business opportunities (with the exception of personal investments in less than 5% of the equity of a business, investments in established family businesses, real estate, or investments in stocks and bonds traded on public stock exchanges) coming to the attention of the Contractor during the Contractor's employment is an opportunity belonging to TEFL Institute. Therefore, the Contractor will advise TEFL Institute of the opportunity and cannot pursue the opportunity, directly or indirectly, without the written consent of TEFL Institute.

17. Without the written consent of TEFL Institute, the Contractor further agrees not to:
    a. solely or jointly with others undertake or join any planning for or organization of any business activity competitive with the current or anticipated business activities of TEFL Institute; and
    b. directly or indirectly, engage or participate in any other business activities that TEFL Institute, in its reasonable discretion, determines to be in conflict with the best interests of TEFL Institute.



## Inability to Contract for Employer

18. In spite of anything contained in this Agreement to the contrary, the Contractor will not have the right to make any contracts or commitments for or on the behalf of TEFL Institute without first obtaining the express written consent of TEFL Institute.

## Confidential Information and Assignment of Inventions

19. The Contractor acknowledges in any position the Contractor may hold, in and as a result of The Contractor's employment by TEFL Institute, the Contractor will, or may, be making use of, acquiring or adding to information about certain matters and things which are confidential to TEFL Institute and which information is the exclusive property of TEFL Institute, including, without limitation:
    a. 'Confidential Information' means all data and information relating to the business and management of Employer, including proprietary and trade secret technology and accounting records to which access is obtained by the Contractor, including Work Product, Computer Software, Other Proprietary Data, Business Operations, Marketing and Development Operations, and Customers. Confidential Information will also include any information that has been disclosed by a third party to TEFL Institute and governed by a non-disclosure agreement entered into between the third party and TEFL Institute. Confidential Information will not include information that:
        i. is generally known in the industry of TEFL Institute;
        ii. is now or subsequently becomes generally available to the public through no wrongful act of The Contractor;
        iii. The Contractor rightfully had in its possession prior to the disclosure to Employee by TEFL Institute;
        iv. is independently created by the Contractor without direct or indirect use of the Confidential Information; or
        v. The Contractor rightfully obtains from a third party who has the right to transfer or disclose it.
    b. 'Work Product' means work product resulting from or related to work or projects performed or to be performed for TEFL Institute or for clients of TEFL Institute, of any type or form in any stage of actual or anticipated research and development;
    c. 'Computer Software' which means computer software resulting from or related to work or projects performed or to be performed for TEFL Institute or for clients of TEFL Institute, of any type or form in any stage of actual or anticipated research and development, including but not limited to programs and program modules, routines and subroutines, processes, algorithms, design concepts, design specifications (design notes, annotations, documentation, flowcharts, coding sheets, and the like), source code, object code and load modules, programming, program patches and system designs;
    d. 'Other Proprietary Data' means information relating to TEFL Institute's proprietary rights prior to any public disclosure of such information, including but not limited to the nature of the proprietary rights, production data, technical and engineering data, test data and test results, the status and details of research and development of products and services, and information regarding acquiring, protecting, enforcing and licensing proprietary rights (including patents, copyrights and trade secrets);



   e. 'Business Operations' means internal personnel and financial information, vendor names and other vendor information (including vendor characteristics, services and agreements), purchasing and internal cost information, internal services and operational manuals, and the manner and methods of conducting TEFL Institute's business;
   f. 'Marketing and Development Operations' means marketing and development plans, price and cost data, price and fee amounts, pricing and billing policies, quoting procedures, marketing techniques and methods of obtaining business, forecasts and forecast assumptions and volumes, and future plans and potential strategies of TEFL Institute which have been or are being discussed; and
   g. 'Customers' means names of customers and their representatives, contracts and their contents and parties, customer services, data provided by customers and the type, quantity and specifications of products and services purchased, leased, licensed or received by clients of TEFL Institute.

### Confidential Obligations

20. The Contractor agrees that a material term of the Contractor's contract with TEFL Institute is to keep all Confidential Information absolutely confidential and protect its release from the public. The Contractor agrees not to divulge, reveal, report or use, for any purpose, any of the Confidential Information which the Contractor has obtained or which was disclosed to The Contractor by TEFL Institute as a result of the Contractor's employment by TEFL Institute. The Contractor agrees that if there is any question as to such disclosure then the Contractor will seek out senior management of TEFL Institute prior to making any disclosure of TEFL Institute's information that may be covered by this Agreement.

21. The obligations to ensure and protect the confidentiality of the Confidential Information imposed on the Contractor in this Agreement and any obligations to provide notice under this Agreement will survive the expiration or termination, as the case may be, of this Agreement and will continue for a period of three (3) years from the date of such expiration or termination.

22. The Contractor may disclose any of the Confidential Information:
    a. to a third party where Employer has consented in writing to such disclosure; and
    b. to the extent required by law or by the request or requirement of any judicial, legislative, administrative or other governmental body, however, the Contractor will first have given prompt notice to TEFL Institute of any possible or prospective order (or proceeding pursuant to which any order may result), and TEFL Institute will have been afforded a reasonable opportunity to prevent or limit any disclosure.

### Ownership and Title

23. The Contractor acknowledges and agrees that all rights, title and interest in any Confidential Information will remain the exclusive property of TEFL Institute. Accordingly, the Contractor specifically agrees and acknowledges that she will have no interest in the Confidential



Information, including, without limitation, no interest in know-how, copyright, trade-marks or trade names, notwithstanding the fact that she may have created or contributed to the creation of the same.

24. The Contractor does hereby waive any moral rights that she may have with respect to the Confidential Information.

25. This Agreement will not apply in respect of any intellectual property, process, design, development, creation, research, invention, know-how, trade names, trade-marks or copyrights for which:
    a. no equipment, supplies, facility or Confidential Information of TEFL Institute was used,
    b. was developed entirely on The Contractor's own time, and
    c. does not:
        i. relate to the business of TEFL Institute,
        ii. relate to the Contractor's actual or demonstrably anticipated processes, research or development or
        iii. result from any work performed by the Contractor for TEFL Institute.

26. The Contractor agrees to immediately disclose to TEFL Institute all Confidential Information developed in whole or in part by the Contractor during the term of the Contractor's employment with TEFL Institute and to assign to TEFL Institute any right, title or interest The Contractor may have in the Confidential Information. The Contractor agrees to execute any instruments and to do all other things reasonably requested by TEFL Institute (both during and after The Contractor's employment with TEFL Institute) in order to vest more fully in TEFL Institute all ownership rights in those items transferred by the Contractor to TEFL Institute.

### Return of Confidential Information

27. The Contractor agrees that, upon request of TEFL Institute or upon termination or expiration, as the case may be, of employment, the Contractor will turn over to TEFL Institute all documents, disks or other computer media, or other material in the possession or control of The Contractor that:
    a. may contain or be derived from ideas, concepts, creations, or trade secrets and other proprietary and Confidential Information as defined in this Agreement; or
    b. connected with or derived from the Contractor's services to TEFL Institute.

### Non-Solicitation

28. Any attempt on the part of the Contractor to induce others to leave TEFL Institute's employ, or any effort by the Contractor to interfere with TEFL Institute's relationship with its other employees and contractors would be harmful and damaging to TEFL Institute. The Contractor



agrees that during the term of her employment with TEFL Institute and for a period of one (1) year after the end of that term, the Contractor will not in any way, directly or indirectly:
   a. induce or attempt to induce any employee or contractor of TEFL Institute to quit employment or retainer with TEFL Institute;
   b. otherwise interfere with or disrupt TEFL Institute's relationship with its employees and contractors;
   c. discuss employment opportunities or provide information about competitive employment to any of TEFL Institute's employees or contractors; or
   d. solicit, entice, or hire away any employee or contractor of TEFL Institute.

This obligation will be limited to those that were employees or contractors of TEFL Institute when the Contractor was employed by TEFL Institute.

### Termination Due to Discontinuance of Business

29. In spite of anything contained in this Agreement to the contrary, in the event that TEFL Institute will discontinue operating its business at the location where the Contractor is employed, then, at TEFL Institute's sole option, this Agreement will terminate as of the last day of the month in which TEFL Institute ceases operations at such location with the same force and effect as if such last day of the month were originally set as the termination date of this Agreement.

### Termination For Disability

30. In spite of anything contained in this Agreement to the contrary, TEFL Institute has the sole option to terminate this Agreement in the event that the Contractor, during the term of this Agreement, becomes Permanently Disabled, as defined in this Agreement. Such option will be exercised by TEFL Institute giving notice to the Contractor by personally delivering to The Contractor or by registered mail addressed to the Contractor of TEFL Institute's intention to terminate this Agreement on the last day of the month during which such notice is mailed. On the giving of such notice, this Agreement will cease on the last day of the month in which the notice is so delivered or mailed, with the same force and effect as if such last day of the month was the date originally set forth in this Agreement as the termination date of this Agreement.

31. For the purposes of this Agreement, the Contractor will be deemed to have become permanently disabled, if, during any year of the term of this Agreement, because of ill health, physical or mental disability or for other causes beyond TEFL Institute's control, she will have been continuously unable or unwilling or will have failed to perform her duties under this Agreement for 60 consecutive days, or if, during any year of the term of this Agreement, The Contractor will have been unable or unwilling or will have failed to perform her duties for a total period of 120 days, irrespective of whether or not such days are consecutive. For the purposes of this Agreement, the term 'any year of the term of this Agreement' means any 12 calendar month period commencing on 1st day of January, and terminating on 31st day of December, during the term of this Agreement.



## Termination of Services

32. Where the Contractor has breached any of the terms of this Agreement or where there is just cause for termination, TEFL Institute may terminate the Contractor's employment without notice.

33. The Contractor and TEFL Institute agree that reasonable and sufficient notice of termination of services by TEFL Institute is the greater of two weeks and any notice required under any relevant employment legislation.

34. If The Contractor wishes to terminate their services with TEFL Institute, the Contractor will provide TEFL Institute with two weeks' notice. As an alternative, if the Contractor co-operates with the training and development of a replacement, then sufficient notice is given if it is sufficient notice to allow TEFL Institute to find and train the replacement.

35. Should The Contractor terminate their services pursuant to this Agreement, and there is no constructive dismissal, the Contractor agrees to be reasonably available as a consultant for the purposes of maintaining any projects or developments created while working with TEFL Institute. The Contractor agrees to negotiate the terms of the consulting work in good faith. In her capacity as a consultant for TEFL Institute pursuant to this paragraph, the Contractor agrees to provide her present residential address and telephone number as well as her business address and telephone number.

36. The time specified in the notice by either the Contractor or TEFL Institute may expire on any day of the month and upon the date of termination TEFL Institute will forthwith pay to The Contractor any outstanding portion of the wage, accrued vacation and banked time, if any, calculated to the date of termination with 60 days after the termination of the agreement. Notwithstanding the date of termination, the Contractor acknowledges and agrees to diligently execute and complete her employment responsibilities to TEFL Institute at the reasonable direction of TEFL Institute. Failure of the Contractor to responsibly execute her obligations to TEFL Institute during the notice period will be considered to be an abandonment of her obligations and will be sufficient cause for immediate termination of the Contractor without compensation or notice.

## Remedies

37. The Contractor agrees and acknowledges that the Confidential Information is of a proprietary and confidential nature and that any disclosure of the Confidential Information to a third party in breach of this Agreement cannot be reasonably or adequately compensated for in money damages, would cause irreparable injury to Employer, would gravely affect the effective and successful conduct of TEFL Institute's business and goodwill, and would be a material breach of this Agreement.

38. In the event of a breach or threatened breach by the Contractor of any of the provisions of this Agreement, the Contractor agrees that TEFL Institute is entitled to, in addition to and not in



limitation of any other rights and remedies available to TEFL Institute at law or in equity, to a permanent injunction in order to prevent or restrain any such breach by the Contractor or by The Contractor's partners, agents, representatives, servants, employees, and/or any and all persons directly or indirectly acting for or with the Contractor.

39. The Contractor agrees to co-operate with TEFL Institute following termination by providing documentation and other information to permit TEFL Institute to evaluate whether the Contractor is honoring her post-employment obligations set out in this Agreement.

### Severability

40. TEFL Institute and the Contractor acknowledge that this Agreement is reasonable, valid and enforceable. However, if a court of competent jurisdiction finds any of the provisions of this Agreement to be too broad to be enforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable, bearing in mind that it is the Contractor's intention to give TEFL Institute the broadest possible protection against disclosure of the Confidential Information and against the Contractor soliciting TEFL Institute's employees and contractors.

41. In the event that any of the provisions of this Agreement will be held to be invalid or unenforceable in whole or in part, those provisions to the extent enforceable and all other provisions will nevertheless continue to be valid and enforceable as though the invalid or unenforceable parts had not been included in this Agreement and the remaining provisions had been executed by both parties subsequent to the expungement of the invalid provision.

### Notices

42. If Contractor loses or makes unauthorized disclosure of any of the Confidential Information, The Contractor will immediately notify TEFL Institute and take all reasonable steps necessary to retrieve the lost or improperly disclosed Confidential Information.

43. All notices, requests, demands or other communications required or permitted by the terms of this Agreement will be given in writing and either served personally or sent by facsimile or e-mail. The address for any notice to be delivered to any of the parties to this Agreement is as follows:
    a. The TEFL Institute, 1906 W Irving Park Road, Chicago, IL  60613

or to such other address as to which any Party may from time to time notify the other.

### Modification of Agreement

44. Any amendment or modification of this Agreement or additional obligation assumed by either party in connection with this Agreement will only be binding if evidenced in writing signed by each party or an authorized representative of each party.



### Governing Law

46. It is the intention of the parties to this Agreement that this Agreement and the performance under this Agreement, and all suits and special proceedings under this Agreement, be construed in accordance with and governed, to the exclusion of the law of any other forum, by the laws of the State of Illinois, without regard to the jurisdiction in which any action or special proceeding may be instituted.

### General Provisions

46. Headings are inserted for the convenience of the parties only and are not to be considered when interpreting this Agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

47. The Contractor is liable for all costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by TEFL Institute in enforcing this Agreement as a result of any default of this Agreement by the Contractor.

48. No failure or delay by TEFL Institute in exercising any power, right or privilege provided in this Agreement will operate as a waiver, nor will any single or partial exercise of such rights, powers or privileges preclude any further exercise of them or the exercise of any other right, power or privilege provided in this Agreement.

49. This Agreement will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns, as the case may be, of TEFL Institute and The Contractor.

50. This Agreement may be executed in counterparts.

51. Time is of the essence in this Agreement.

52. If there is a previous employment agreement between the parties to this Agreement, the parties agree that this Agreement will replace that previous employment agreement and The Contractor acknowledges that this Agreement was entered into in consideration of a compensation increase commencing the start of this Agreement. The Contractor acknowledges that it was agreed at that time that a new employment agreement would be entered into in consideration of the compensation increase.

53. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or written. As of the effective date of this Agreement, this Agreement supersedes all other agreements between the parties. The parties to this Agreement stipulate that neither of them has made any representations with respect to the subject matter of this Agreement except such representations as are specifically set forth in this Agreement. Each of the parties acknowledges that it has relied on its own judgment in entering into this Agreement.



**IN WITNESS WHEREOF** The TEFL Institute has duly affixed its signature by a duly authorized officer under seal and the Contractor has duly signed under hand.

The TEFL Institute
per: _____ (SEAL)

_____          _____
TEFL Institute                                       Instructor Name